UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CARLTON JAMES MITCHELL,<br><br>  Plaintiff,<br><br>vs.<br><br>C/O WILLIAM JACKMAN, MR. SAWYER, CAPTAIN R. THOMPSON, CAPTAIN PERKINS, C.U.S. G. FORD, LT. DUNCAN, LT. TROWBRIDGE, CS3 SCILLEY, GRIEVANCE COORDINATOR J. FLUAITT, GRIEVANCE SECRETARY S. GRIMES, and PSYCH THERAPIST L. RUGE,<br><br>  Defendants. | NO: 12-CV-5142-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING COMPLAINT WITHOUT PREJUDICE, AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE |

Magistrate Judge Imbrogno filed a Report and Recommendation, ECF No. 26, recommending Mr. Mitchell's Motion to Voluntarily Dismiss this action be granted.  Defendants have not been served.  There being no objections, the Court **ADOPTS** the Report and Recommendation.  Plaintiff's Motion, ECF No. 24, is **GRANTED** and this action is **DISMISSED WITHOUT PREJUDICE.**

ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING COMPLAINT WITHOUT PREJUDICE . . . -- 1

**IT IS FURTHER ORDERED** Plaintiff's Motion to waive filing fee, ECF No. 25, is **GRANTED** and the institution having custody of Mr. Mitchell shall cease collection of the filing fee in this action, cause number **12-CV-5142-CI.** In addition, **IT IS ORDERED** all pending motions are **DENIED as moot.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, enter judgment of dismissal without prejudice, forward a copy to Plaintiff and close the file. The District Court Executive is further directed to send a copy of this Order to the **Office of the Department of Corrections, Attn: LFO/COS UNIT, P.O. Box 41107, Olympia, WA 98504-1107,** to forward to the appropriate agency having custody of Plaintiff. The District Court Executive also shall provide a copy of this Order to the Financial Administrator for the United States District Court, Eastern District of Washington.

**DATED** May 29, 2013.



THOMAS O. RICE
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING COMPLAINT WITHOUT PREJUDICE . . .  -- 2