# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| CARLTON JAMES MITCHELL | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 12-CV-5142-CI |
| C/O WILLIAM JACKMAN, et al. | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** The Report and Recommendation is adopted and the case is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge **Thomas O. Rice** on a motion for Voluntary Dismissal.

Date: 05/29/2013

CLERK OF COURT

s/ Linda L. Hansen
Deputy Clerk

Signature of Clerk or Deputy Clerk